UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Gilbert J. Backers, | : | |
| Debtor | : | Chapter 7 Bankruptcy Case No. |
| Gilbert J. Backers | : | 14-19047 |
| 80 East Collom St, Apt 206 | : | |
| Philadelphia, Pa  19144 | : | |
| Plaintiff | : | Adversarial Case No. 17-00312 |
| v. | : | |
| PNC Bank, National Association | : | |
| 249 5th Avenue, Suite 1200 | : | |
| Pittsburgh, PA  15222-2707 | : | |
| Defendant | : | |

**PRAECIPE TO WITHDRAW COMPLAINT**

Kindly withdraw the Complaint in the above captioned matter without prejudice.  Thank you.

/s/ Vicki Piontek                                12/5/2017

_____     _____

Vicki Piontek., Esquire                    Date
**Attorney for Debtor / Plaintiff**
951 Allentown Road
Lansdale, PA  19446
877-737-8617
Fax: 866-408-6735
palaw@justice.com